UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-049 |
| PATRICK HALE DEJEAN | SECTION S-5 |

## NOTICE OF APPEAL

Defendant, Patrick Hale Dejean, hereby submits this Notice of Appeal from the Jury Verdict rendered in these proceedings on February 27, 2019, the denial of Motion for New Trial filed on May 17, 2019, and the Sentence/Judgment of Conviction entered on October 10, 2019.

Respectfully submitted,

*s/Al J. Robert, Jr.*
Al J. Robert, Jr., No. 29401
LAW OFFICE OF AL J. ROBERT, JR., LLC
757 St. Charles Avenue, Suite 301
New Orleans, Louisiana 70130
T: 504.309.4852
E: ajr@ajrobert.com

and

Michael S. Fawer, No. 5485, T.A.
312 30th St.
New Orleans, Louisiana 70124
504-483-8600 – Tel.
msfawer@aol.com

**ATTORNEYS FOR PATRICK DEJEAN**

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing has been served on all counsel of record in this action via CM/ECF this October 18, 2019.

                                                          */s/ Al J. Robert, Jr.*
                                                           Al J. Robert, Jr.