UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 17-49 |
| PATRICK HALE DEJEAN | SECTION: "S" |

NOTICE

Due to chambers renovations, the restitution hearing in the captioned case scheduled for December 5, 2019 at 2:00 p.m. will be held in court room #C224 (Judge Milazzo's court room) on the second floor.



William W. Belvins