UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 17-49** |
| **PATRICK HALE DEJEAN** | **SECTION: "S"** |

### ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant's **Request to Increase Incarceration** (Rec. Doc. 223) is **DENIED**.

### BACKGROUND

Defendant was sentenced on October 10, 2019 to 36 months in prison. On October 18, 2019, defendant filed a notice of appeal from the jury verdict, the denial of his motion for new trial, and the sentence/judgment of conviction entered on October 10, 2019. The appeal remains pending.

Defendant is incarcerated at RCI Edgefield, and scheduled to be released to a Community Corrections Center (Halfway House) in New Orleans on February 2, 2021. He has requested that the court increase his sentence by one month to 37 months in lieu of confinement in the Halfway House. The Government has filed a response in which it states that it does not object to this request.

### DISCUSSION

While defendant's request is unobjectionable on its face, the Bureau of Prisons ("BOP"), not the court, has sole authority to designate the place of defendant's imprisonment. See 18

U.S.C. § 3261(b). In doing so, the BOP weighs a number of statutory factors, which involve specialized determinations uniquely within the expertise of the BOP. Id. Accordingly, while the court would have no issue with the relief requested, it is not within its authority to re-designate the defendant. Defendant's request should be addressed to the BOP. Accordingly,

**IT IS HEREBY ORDERED** that defendant's **Request to Increase Incarceration** (Rec. Doc. 223) is **DENIED**.

New Orleans, Louisiana, this   14th   day of January, 2021.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**